TIME RECEIVED March 23, 2020 at 11:11:25 AM EDT
REMOTE CSID 5867997242
DURATION 158
PAGES 2
STATUS Received

MAR-23-2020 21:16 FROM:DRANGIEMILLER 5867997242 TO:13132345492

Case 2:16-cr-20222-AJT-RSW ECF No. 371, PageID.2070 Filed 03/24/20 Page 1 of 2

UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA

v.                                                          Case No. 16-20222-1

RONALD MILLER                                    HONORABLE ARTHUR J. TARNOW

Honorable Arthur J. Tarnow
Theodore Levin US Courthouse
231 W. Lafayette Blvd. Room 124
Detroit, Michigan 48226

March 22, 2020

Judge Tarnow,

In Reference to Case #16-20222-1, Ronald Miller Inmate #54561-039

We the family of Ronald Miller, inmate #54561-039 at Butner Federal Correctional Complex In North Carolina, are pleading for his immediate release based on the facts as follows:

Ronald Miller's health condition is chronic and his health condition was well documented as Chronic, due to his heart condition and Cirrhosis of the Liver/Liver Cancer which was diagnosed by his primary care doctor before his sentencing and incarceration.

Based on the facts as we know to date about the COVID 19 Virus and the way it is more easily spread to others, the medical experts estimate that Covid 19 is 20 times more infectious than any other known Corona Virus..

Based on the statistics as of to date, the elderly ages 70's and over with existing health conditions are More at risk to this virus which can prove deadly if contracted. Ronald will soon be 70 this year and has Chronic health conditions.

Another known fact that the prisons as they exist today are overly crowded which may contribute For them being a breeding ground for various diseases. I spoke with Ronnie today and he told me that they are still back to back with prisoners, The guards and medical team are doing their best, however with the crowded conditions, and the cleaning needed Ito help keep this virus from spreading, Ronald feels almost hopeless and feels he and others may become certain casualties. In others words, he feels doomed.

Ronald's case is well documented regarding his Chroni c Health condition with Representative Debra Stabenow of Michigan. Our family has consistently written the Senator's staffers and they informed us To do Administrative Remedies which deals directly with the Warden at Butner. Each time our family Has raised these concerns, the Warden has rejected or denied these remedies. Additionally, we have reached out in the past to you also, to make you aware of Ronald's health condition since you are the sentencing Judge.

Please reconsider and review Ronald Millers case and we will fill out the petition needed along with this request to bring him home.

Sincerely,

The Family and Loved Ones of Ronald Miller
Gail Foster/gail.foster53@yahoo.com  579 Theori Avenue, Gahanna, Ohio 43230 Cell 614-477-3169
There is a Petition for Ronald Miller's release as follows:

PETITION FOR RONALD MILLER'S RELEASE
Compassionate Release
(based on the fact that Ronald Miller was Chronically Ill
Before sentencing, and his representative failed to
Present his health issues. However, the Prosecution
Presented the health issues during sentencing and it
Is recorded in the transcripts.

Darlene Miller- Wife of Ronald Miller - 14060 East State Fair, Detroit Mich. 48205

Whitney Miller – Daughter of Ronald Miller – 14060 East State Fair, Det. Mich. 48205

DeMarco Miller – Son of Ronald Miller – 14060 East State Fair, Det. Mich. 48205

Malik Miller – Son of Ronald Miller – 17408 - Joseph Campau St.   Detroit, Mich.

Curtis Miller Jr. and Dale Miller - Brother and Sister in Law of Ronald Miller 3260 Santiago Drive, Florissant, MO. 63033

Dianne Mallory and James Mallory - Sister & Bro.in Law of Ronald Miller 2290 Telluride, Douglasville, Georgia

Sandra Williams & Eugene Williams - Sister & Bro.in Law to Ronald Miller 15061 Faust Street, Detroit, Michigan

Anthony Miller – Brother of Ronald Miller 579 Theori Avenue, Gahanna, Ohio 43230

Gail Foster & Allen Foster - Sister & Bro.in Law of Ronald Miller 579 Theori Avenue Gahanna, Ohio 43230

Dr. Angie Miller- Sister of Ronald Miller 40206 Ashland Drive, Sterling Heights, Mich. 48313

Thanks again for your time and consideration into Ronald Miller's compassionate release.

**You also release Anthony Miller (Our Brother) to my home in Columbus, Ohio, where Anthony Is now doing well.  Anthony has achieved much since his release and probation.  He now has A legal Ohio Drivers License, he is cured of HEP C, and saved his money and paid off all of his traffic Fines and bought a car, and now is seeking employment.   Thanks to you Judge Tarnow**