Miller, Ronald (2998505) - 5/2/2016



## Providence Heart Institute
Non Invasive Cardiology
16001 West Nine Mile Road
Southfield, MI 48075
(248) 849-2000
(248) 849-2269 fax



## Stress Echocardiogram

| Patient: | Miller, Ronald | Study Date: | 05/02/2016 |
|---|---|---|---|
| MRN: | 2998505 | FIN#: | P102994324 |
| DOB: | 11/14/1950 (65 years) | Accession#: | 3497816004 |
| Gender: | Male | Ht/Wt: | 185.4 cm  /  88.6 kg |
| Patient Status: | Outpatient | BSA/BMI: | 2.15 m²  /  25.8 kg/m² |
| Study Location: | Echo Lab | BP: | 175/ 111mm/Hg |

**Interpreting Physician:** McKendrick, Gregor MD
**Referring Physician:** McGraw, Steven DO;
**Sonographer:** DiCello, Patty RDCS   Shehu, Alketa RDCS

**Stress Tech:** Moody, Crystal

**Indications:** Chest Pain.
**History:** PMH: Smoker (former).

### Study Conclusions

- **Stress echo:** Maximal asymptomatic exercise stress test without ECG or echo findings to indicate stress induced ischemia.

- **Left ventricle:** The cavity size is normal. Wall thickness is mildly increased. Systolic function is normal. The estimated ejection fraction is 65-70%. Grade I - LV Diastolic Impairment.

- **Right ventricle:** Wall thickness is normal. Systolic function is normal.

- **Mitral valve:** Grossly normal valve. There is trivial regurgitation.

- **Aortic valve:** Grossly normal valve. Trileaflet. No significant regurgitation.

- **Tricuspid valve:** Mild regurgitation, with no pulmonary hypertension.

**Procedure information:** Routine. Stress echocardiogram.
- Initial setup. The patient was brought to the laboratory. A baseline ECG was recorded.
- Transthoracic stress echocardiography. Images were captured at baseline and peak exercise.

**Image Quality:** Good
**Consent:** The risks, benefits, and alternatives to the procedure were explained to the patient and informed consent was obtained.
**Study completion:** There were no complications.

### Chamber Size and Function

**Left ventricle:**
- The cavity size is normal. Wall thickness is mildly increased. Systolic function is normal. The estimated ejection fraction is 65-70%. Wall motion is normal; there are no wall motion abnormalities.



Page 1 / 4

### Miller, Ronald (2998505) - 5/2/2016

- Grade I - LV Diastolic Impairment.

**Left atrium:**
- The atrium is normal in size.

**Right ventricle:**
- Wall thickness is normal. Systolic function is normal.

**Right atrium:**
- Well visualized.

**Vessels:**
- **Aortic root:** The aortic root is normal in size.
  **Ascending aorta:** The ascending aorta is normal in size.
- **Inferior vena cava:** The vessel is normal in size.

**Pericardium:**
- The pericardium is normal in appearance. There is no evidence of pericardial effusion.

## Valves

**Aortic valve:**
- Grossly normal valve. Trileaflet.
- No significant regurgitation.

**Mitral valve:**
- Grossly normal valve.
- There is trivial regurgitation.

**Tricuspid valve:**
- Grossly normal valve.
- Mild regurgitation, with no pulmonary hypertension.

**Pulmonic valve:**
- Grossly normal valve.
- There is no significant regurgitation.

## Stress Echo Examination

**Baseline ECG:** Normal. Normal sinus rhythm.

**Stress testing:** Bruce protocol. Exercise duration 3 min (stage 1, 4.6 mets). Exercise was terminated due to achievement of target heart rate.

**Stress results:**
- Maximal asymptomatic exercise stress test without ECG findings to indicate stress induced ischemia.
- Maximal heart rate during stress was 134 bpm (86% of maximal predicted heart rate). The maximal predicted heart rate was 155 bpm. The target heart rate was achieved.
- There is a normal resting blood pressure with a normal response to stress. Peak Blood Pressure: 214/99 mmHg.
- The patient experienced no chest pain during stress.
- No complications.
- The stress ECG is negative for ischemia. Duke scoring: Exercise time 3 min. Maximum ST deviation: 0 mmno angina resulting score is 3 . This score predicts a moderate risk of cardiac events.

| Stage | HR | BP (mmHg) | Symptoms |
|---|---|---|---|
| Baseline | 69 | 175/111 (132) | None |

Miller, Ronald (2998505) - 5/2/2016

| Stage 1 | 134 | — | — |
|---|---|---|---|
| Recovery; 1 min | 122 | — | — |
| Recovery; 2 min | 91 | 214/99 (137) | — |
| Recovery; 3 min | 69 | 212/112 (145) | — |
| Recovery; 5 min | 68 | 194/112 (139) | — |
| Recovery; 10 min | 68 | 180/100 (127) | — |

**Post stress:**
- Left ventricular size is smaller.
- Left ventricular global systolic function is hyperdynamic.
- No evidence for new left ventricular regional wall motion abnormalities.

**Stress echo results:** Maximal asymptomatic exercise stress test without ECG or echo findings to indicate stress induced ischemia.

**Measurements**

| **Left ventricle** | | Value | Reference |
|---|---|---|---|
| LV ID, ED, PLAX chordal | | 3.9 cm | — |
| LV ID, ES, PLAX chordal | | 2.2 cm | — |
| LV fx shortening, PLAX chordal | (H) | 44% | 25 - 43 |
| LV PW thickness, ED | (H) | 1.1 cm | 0.6 - 1.0 |
| IVS/LV PW ratio, ED | | 1.09 | — |

| **Ventricular septum** | | Value | Reference |
|---|---|---|---|
| IVS thickness, ED | (H) | 1.2 cm | 0.6 - 1.0 |

| **LVOT** | Value | Reference |
|---|---|---|
| LVOT ID, S | 2.2 cm | — |
| LVOT area | 3.80 cm$^2$ | — |

| **Aorta** | Value | Reference |
|---|---|---|
| Aortic root ID, ED | 2.9 cm | <4.2 |
| Ascending aorta ID, A-P, S | 3.3 cm | — |

| **Left atrium** | | Value | Reference |
|---|---|---|---|
| LA ID, A-P, ES | (L) | 2.6 cm | 3.0 - 4.0 |
| LA ID/bsa, A-P | (L) | 1.2 cm/m$^2$ | 1.5 - 2.3 |
| LA volume, biplane | | 37 ml | — |
| LA volume/bsa, ES, 2-p | | 17 ml/m$^2$ | — |

| **Mitral valve** | Value | Reference |
|---|---|---|
| Mitral E-wave peak velocity | 0.65 m/sec | — |
| Mitral A-wave peak velocity | 0.67 m/sec | — |
| Mitral E/A ratio, peak | 1 | — |

| **Tricuspid valve** | Value | Reference |
|---|---|---|
| Tricuspid regurg peak velocity | 1.84 m/sec | — |
| Tricuspid peak RV-RA gradient | 14 mm Hg | — |
| Tricuspid maximal regurg velocity, PISA | 1.84 m/sec | — |

Miller, Ronald (2998505) - 5/2/2016

**Legend:**
(L) and (H) mark values outside specified reference range.

Electronically signed by:
McKendrick, Gregor MD
05/02/2016   16:53