| | | | |
|---|---|---|---|
| Inmate Name: | MILLER, RONALD LEE | Reg #: | 54561-039 |
| Date of Birth: | 11/14/1950 | Sex: M   Race: BLACK | Facility: BUT |
| Encounter Date: | 03/19/2019 15:05 | Provider: Jones, Brandon NP-C | Unit: F04 |

Essential (primary) hypertension, I10 - Current

Heart disease, unspecified, I519 - Current

Unspecified cirrhosis of liver, K7460 - Current

Vitamin D deficiency, E559 - Current

**PLAN:**

**Medication Reconciliation.**
The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 1444600-BUX | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | 03/19/2019 15:05 | Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) PRN x 365 day(s) |
| | Indication: Chronic obstructive pulmonary disease [COPD] | | |
| 1444594-BUX | Aspirin 81 MG EC Tab | 03/19/2019 15:05 | Take one tablet (81 MG) by mouth each day x 365 day(s) |
| | Indication: Essential (primary) hypertension, Heart disease, unspecified | | |
| 1470246-BUX | Atorvastatin 20 MG TAB | 03/19/2019 15:05 | Take one tablet (20 MG) by mouth each evening x 365 day(s) |
| | Indication: Atherosclerosis | | |
| 1470247-BUX | Clopidogrel Bisulfate 75 MG Tab | 03/19/2019 15:05 | Take one tablet (75 MG) by mouth each day x 180 day(s) |
| | Indication: Heart disease, unspecified, Atherosclerosis | | |
| 1444595-BUX | Furosemide 20 MG Tab | 03/19/2019 15:05 | Take two tablets (40 MG) by mouth each day x 365 day(s) |
| | Indication: Essential (primary) hypertension, Heart disease, unspecified, Unspecified cirrhosis of liver | | |
| 1444596-BUX | Ipratropium HFA 12.9 GM MDI | 03/19/2019 15:05 | Inhale 2 puffs three times daily x 180 day(s) |
| | Indication: Chronic obstructive pulmonary disease [COPD] | | |
| 1444597-BUX | Isosorbide Dinitrate 20 MG Tab | 03/19/2019 15:05 | Take one tablet (20 MG) by mouth three times daily x 180 day(s) |
| | Indication: Heart disease, unspecified | | |
| 1470248-BUX | Lisinopril 20 MG Tab | 03/19/2019 15:05 | Take one tablet (20 MG) by mouth each day x 365 day(s) |
| | Indication: Essential (primary) hypertension | | |
| 1444598-BUX | Minoxidil 2.5 MG Tab | 03/19/2019 15:05 | Take one tablet (2.5 MG) by mouth each day x 365 day(s) |
| | Indication: Essential (primary) hypertension | | |
| 1389872-BUX | Mometasone Furoate Inhal 220 MCG/Inh ( 60 doses) | 03/19/2019 15:05 | Inhale 2 puffs each day rinse mouth after use x 365 day(s) |
| | Indication: Chronic obstructive pulmonary disease [COPD] | | |

G

| Inmate Name: | MILLER, RONALD LEE | | | Reg #: | 54561-039 |
|---|---|---|---|---|---|
| Date of Birth: | 11/14/1950 | Sex: M | Race: BLACK | Facility: | BUT |
| Encounter Date: | 03/19/2019 15:05 | Provider: | Jones, Brandon NP-C | Unit: | F04 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 1444592-BUX | Nitroglycerin SL 0.4 MG Tab (25 count) | 03/19/2019 15:05 | Place 1 tab under the tongue for chest pain-may repeat every 5 min x 2 more if needed. If no relief, contact medical staff PRN x 180 day(s) |
| | **Indication:** Essential (primary) hypertension | | |
| 1444591-BUX | Propranolol 40 MG Tab | 03/19/2019 15:05 | Take two tablets (80 MG) by mouth twice daily x 365 day(s) |
| | **Indication:** Essential (primary) hypertension | | |
| 1444590-BUX | Vitamin D (Cholecalciferol) 1000 UNIT Tab | 03/19/2019 15:05 | Take two tablets (2000 UNIT) by mouth each day x 365 day(s) |
| | **Indication:** Vitamin D deficiency | | |

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 1444600-BUX | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) |
| BOP | Continue | Rx | 1444594-BUX | Aspirin 81 MG EC Tab | Take one tablet (81 MG) by mouth each day |
| BOP | Continue | Rx | 1470246-BUX | Atorvastatin 20 MG TAB | Take one tablet (20 MG) by mouth each evening |
| BOP | Continue | Rx | 1470247-BUX | Clopidogrel Bisulfate 75 MG Tab | Take one tablet (75 MG) by mouth each day |
| BOP | Continue | Rx | 1444595-BUX | Furosemide 20 MG Tab | Take two tablets (40 MG) by mouth each day |
| BOP | Continue | Rx | 1444596-BUX | Ipratropium HFA 12.9 GM MDI | Inhale 2 puffs three times daily |
| BOP | Continue | Rx | 1444597-BUX | Isosorbide Dinitrate 20 MG Tab | Take one tablet (20 MG) by mouth three times daily |
| BOP | Continue | Rx | 1470248-BUX | Lisinopril 20 MG Tab | Take one tablet (20 MG) by mouth each day |
| BOP | Continue | Rx | 1444598-BUX | Minoxidil 2.5 MG Tab | Take one tablet (2.5 MG) by mouth each day |
| BOP | Continue | Rx | 1389872-BUX | Mometasone Furoate Inhal 220 MCG/Inh ( 60 doses) | Inhale 2 puffs each day rinse mouth after use |
| BOP | Continue | Rx | 1444592-BUX | Nitroglycerin SL 0.4 MG Tab (25 count) | Place 1 tab under the tongue for chest pain-may repeat every 5 min x 2 more if needed. If no relief, contact medical staff |
| BOP | Continue | Rx | 1444591-BUX | Propranolol 40 MG Tab | Take two tablets (80 MG) by mouth twice daily |
| BOP | Continue | Rx | 1444590-BUX | Vitamin D (Cholecalciferol) 1000 UNIT Tab | Take two tablets (2000 UNIT) by mouth each day |
| | | OTC | | No known OTCs | |

**Disposition:**

Follow-up at Sick Call as Needed

Generated 03/19/2019 15:12 by Jones, Brandon NP-C      Bureau of Prisons - BUT      Page 3 of 4

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MILLER, RONALD LEE | | | Reg #: | 54561-039 |
| Date of Birth: | 11/14/1950 | Sex: | M    Race: BLACK | Facility: | BUT |
| Note Date: | 06/18/2019 14:31 | Provider: | Beyer, Sara M.D. | Unit: | F04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**          **Provider:**  Beyer, Sara M.D.

      I was not notified about the IM having chest pain ... was sent a cosign that I did not see until after hours.  I ordered an EKG, EKG was not shown to me when done as it should have been, EKG was scanned into chart without being shown to me.  EKG reviewed and was WNL.

**Copay Required:** No         **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Beyer, Sara M.D. on 06/18/2019 14:53

---

| | | | | |
|---|---|---|---|---|
| Inmate Name: MILLER, RONALD LEE | | | | Reg #: 54561-039 |
| Date of Birth: 11/14/1950 | | Sex: M Race: BLACK | | Facility: BUT |
| Encounter Date: 06/27/2019 12:31 | | Provider: Neal, T. RN | | Unit: F04 |

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|

**ASSESSMENT:**

Pain - Back

Patient reported to sick call complaining of back pain over the past FIVE YEARS. He states that he has previously (over the past 2-3 years) been under the care of a "liver specialist" who diagnosed him with cirrhosis and liver cancer, but he has not received treatment. He is convinced that his back pain is the result of liver cancer.

**PLAN:**

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Sick Call/Triage | 06/27/2019 00:00 | Physician 06 |

**Disposition:**

Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/27/2019 | Counseling | Access to Care | Neal, T. | Verbalizes Understanding |

**Copay Required:** Yes     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Neal, T. RN on 06/27/2019 12:47