US Dept of Justice
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Ronald Miller   54561-039   C/W   FPC
      LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A—REASON FOR APPEAL**

The appeal complaint is in response to a missive from A. Mansukhani, Warden, Butner Federal Prison to Senator Debbie Stabenow. Mr. Mansukhani indicated that in medical reports review, that my liver function is normal, with no diagnosis of cancer, no detection of Hepatitis C and mobility has improved significantly since my arrival and that I walk independently without my cane. To the contrary, I have always had Hepatitis C, and was prescribed medication to treat the condition and was diagnosed in 2017 with Cirrhosis of the liver before I arrive at Butner and was prescribed with appropriate medication to treat the condition. I use my cane daily for balance because my legs are weak and sometimes give out as does my lower back. Mr. Mansukhani's presumption that none of my aforementioned issues exist is completely false. I have medical records addressing these and other issues dating back to 2016 and as recently as March 29th, 2018, and can provide that evidence. These medical records were turned over to Butner Medical when I arrived, which was a continuation of my treatment from my personal doctors and specialist from home. These medical issues are directly related to my rationale and request for compassionate release.

12-29-18
DATE

Ronald Miller
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

H